1  Susan St. Vincent
   Legal Officer
2  NATIONAL PARK SERVICE
   Legal Office
3  P.O. Box 517
   Yosemite, California  95389
4  Telephone:  (209) 372-0241

5

6

7

8                     UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              Case Number:  6:16-po-249-MJS

12            Plaintiff,

13        v.                               **MOTION TO DISMISS; AND ORDER THEREON**

14  STEPHANIE GORDON,

15            Defendant.

16

17

18        Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of

19  the Court endorsed hereon, the United States hereby moves the Court for an order of

20  dismissal without prejudice in the interest of justice, and request any outstanding

21  warrants be recalled.

22

23        Dated:  May 23, 2017             NATIONAL PARK SERVICE

24

25                                          _/S/ Susan St. Vincent____
                                           Susan St. Vincent
26                                         Legal Officer

27

28

                                        1

## ORDER

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Gordon, Case number 6:16-po-249-MJS*, be dismissed, without prejudice, in the interest of justice, and any outstanding warrants are hereby recalled.

IT IS SO ORDERED.

Dated:   May 24, 2017                    /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE